Form NTCFTFC7

# United States Bankruptcy Court

*Northern District of Illinois*

*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Banquet Financial, LLC
607 East Dundee Avenue
Elgin, IL 60120
SSN: EIN: 27−4372357

Case No. : 23−08878
Chapter : 7
Judge : Janet S. Baer

---

Debtor's Attorney:
Joshua D. Greene
Springer Larsen Greene, LLC
300 South County Farm Road
Suite G
Wheaton, IL 60187

630−510−0000

Trustee:
Frank J Kokoszka
Kokoszka & Janczur, P.C.
19 South LaSalle
Suite 1201
Chicago, IL 60603−1419

312−443−9600

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above−named debtor(s) on *July 7, 2023* .

1. *April 15, 2024* is fixed as the last day for the filing of claims by creditors other than governmental units.

2. *April 15, 2024* is fixed as the last day for the filing of claims by governmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the date fixed as the last day for the filing of claims as specified in #1 and #2 above, will not be timely, except as otherwise provided by law.

**Attorneys must file this claim electronically via the CM/ECF system. Non−Attorneys may file in person or by mail at the Clerk of the Bankruptcy Court's address shown at the top of the form. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.**

For the Court,

Dated: January 12, 2024

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court